THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEN SIDIBE, Appellant. [41 NYS3d 895]—

Judgment of resentence, Supreme Court, New York County (Daniel P. Conviser, J.), rendered June 16, 2015, resentencing defendant to an aggregate term of six years, unanimously affirmed.

Following a remand from this court (127 AD3d 572 [1st Dept 2015]), for a youthful offender determination (*see People v Rudolph*, 21 NY3d 497 [2013]), the resentencing court denied defendant youthful offender treatment and reimposed its original sentence. Defendant made a valid waiver of his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]), which precludes review of those determinations. Regardless of whether defendant validly waived his right to appeal, we find that the court properly exercised its discretion in denying youthful offender treatment (*see People v Drayton*, 39 NY2d 580 [1976]), given the seriousness of the underlying crimes and defendant's continuing pattern of violent conduct during his incarceration, and we perceive no basis for reducing the sentence. Concur—Acosta, J.P., Andrias, Moskowitz, Gische and Webber, JJ.